IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED FOOD & COMMERCIAL WORKERS' UNION, LOCAL NO. 293, | 4:17-CV-3096 |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| NEBRASKA PRIME GROUP, LLC d/b/a Noah's Ark Processors, LLC, | |
| Defendant. | |

On the parties' stipulation of dismissal (filing 28), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice, each party to bear its respective costs and attorneys' fees.

Dated this 5th day of February, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge